149 A.3d 546

**MCMAHON**

v.

**ROBEY**

**Pet. Docket No. 452, Sept. Term, 2016**

Court of Appeals of Maryland.

November 9, 2016

Pending in the Court of Special Appeals (No. 1804, Sept. Term, 2016).

Petition for writ of certiorari denied.

---

■

149 A.3d 546

**AMSTER**

v.

**BAKER**

**Pet. Docket No. 389, Sept. Term, 2016**

Court of Appeals of Maryland.

November 9, 2016

Reported below: 229 Md.App. 209, 145 A.3d 1.

Petition for writ of certiorari granted.